**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

DESMARAIS                    v. DC SHOES                    No. 09-0025-JM(LSP)

HON. LEO S. PAPAS       CT. DEPUTY J. YAHL            Rptr.
                              Attorneys
        Plaintiffs                                    Defendants


Joint Motion for Entry of Protective Order (Doc. #13) is GRANTED.


DATED: June 2, 2009

Hon. Leo S. Papas
U.S. Magistrate Judge