# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUSTIN DEMARAIS, an individual,<br><br>                       Plaintiff,<br>   v.<br><br>DC SHOES, INC., a California corporation, PACIFIC SUNWEAR OF CALIFORNIA, a California corporation, WORLD OF JEANS AND TOPS, INC., a California corporation, and DOES 1-10 Inclusive,<br><br>                       Defendants. | CASE NO. 09 CV 0025 JM (BLM)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Doc. No. 22 |

Having considered the parties' joint motion, and good cause appearing therefor, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned action, including all counterclaims, be dismissed with prejudice, with each side to bear its own costs and attorneys' fees. The Clerk of Court is instructed to close the case file.

DATED: August 5, 2009

                                                                   _____<br>
                                                                   Hon. Jeffrey T. Miller<br>
                                                                   United States District Judge